IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

In re:

Tommy Lee Henry, Jr.
Letita J. Henry
aka Letita Oliver

Debtor(s)

RECEIVED
2006 JAN -9  A 10: 46
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Case No. 04-11427
Chapter 13

1:06CV19-F

## TRANSMITTAL OF APPEAL

I do hereby certify that the documents herein comprise the items in the designation of contents related to the Notice of Appeal filed in the above referenced case.

**Transmittal Submitted On**: January 9, 2006

**Notice of Appeal Filed:** December 16, 2005

**Contents of Record**:
**Designated Items of Appellant(s)**
**Notice of Appeal**

**Remarks**:
Filing Fee Paid
Transcripts received:

December 16, 2005 ($255.00)
January 4, 2006

**PLEASE RETURN A "RECEIVED" STAMPED
COPY OF THIS SUBMISSION SHEET**

FROM: /s/ Richard S. Oda, Clerk
United States Bankruptcy Court