## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

IN RE:

| | | |
|---|---|---|
| **TOMMY LEE HENRY** | ) | **CHAPTER 13** |
| | ) | |
| **LETITA J. HENRY** | ) | **CASE NO. 04-11427** |
| | ) | |
| Debtor(s). | ) | |

### NOTICE OF APPEAL

Five Star Credit Union, the creditor in the above referenced matter, pursuant to 28 U.S.C. section 158(a) or (b) and Bankruptcy Rule 8001(a) or (b) hereby files its Notice of Appeal from the Judgment, Order, or decree of bankruptcy Judge, The Honorable William R. Sawyer, entered in the above referenced Chapter 13 proceeding, on the 8th day of December, 2005 described as follows:

(a)    Order Sustaining Objection to Claim

(b)    Order Denying Motion to Alter, Amend or Vacate,

(c)    Order Denying Motion to Continue.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Michael D. Brock
Attorney for the Defendants
P.O. Drawer 311137
Enterprise, AL 36331

Honorable Curtis C. Reding
Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36301

William C. Elliott
Attorney for Five Star Credit Union
P.O. Box 242236
Montgomery, AL 36124-2236

Dated: December 15, 2005.

Signed:            _William C. Elliott_
                   **William C. Elliott**

Attorney Name:    **William C. Elliott**
                  **Attorney at Law, L.L.C.**

Address:          **P.O. Box 242236**
                  **Montgomery, AL 36124-2236**

Telephone No:     **334-356-5662**

## UNITED STATES BANKRUPTCY COURT
### MIDDLE DISTRICT OF ALABAMA

In re

TOMMY LEE HENRY
LETITA J. HENRY,

Case No. 04-11427-WRS
Chapter 13

        Debtors

## ORDER SUSTAINING OBJECTION TO CLAIM

For the reasons set forth on the record on November 30, 2005, on the debtors' objection to Claim No. 5 filed by Five Star Credit Union (Doc. 40), it is

ORDERED that the debtors' objection is SUSTAINED, and Claim No. 5 filed by Five Star Credit Union is ALLOWED as an unsecured claim.

Done this 8th day of December, 2005.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Michael D. Brock, Attorney for Debtors
  William C. Elliott, Attorney for Five Star
  Curtis C. Reding, Trustee

Orders.30

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re

Case No. 04-11427-WRS
Chapter 13

TOMMY LEE HENRY
LETITA J. HENRY,

Debtors

## ORDER DENYING MOTION TO ALTER OR AMEND

For the reasons set forth on the record on November 30, 2005, on the motion to alter or amend filed by Five Star Credit Union (Doc. 49), it is

ORDERED that he motion to alter or amend is DENIED.

Done this 8th day of December, 2005.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Michael D. Brock, Attorney for Debtors
   William C. Elliott, Attorney for Five Star
   Curtis C. Reding, Trustee

Orders.30

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re

TOMMY LEE HENRY
LETITA J. HENRY,

Debtors

Case No. 04-11427-WRS
Chapter 13

## ORDER DENYING MOTION TO CONTINUE HEARING

For the reasons set forth on the record on November 30, 2005, on the Five Star

Credit Union motion to continue the hearing on the objection to claim (Doc. 55), it is

ORDERED that the motion is DENIED.

Done this 8th day of December, 2005.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Michael D. Brock, Attorney for Debtors
   William C. Elliott, Attorney for Five Star Credit Union
   Curtis C. Reding, Trustee

Orders.30