RECEIVED
JAN 9 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

IN RE:

TOMMY LEE HENRY and ) CHAPTER 13
)
LETITA J. HENRY ) CASE NO. 04-11427
)
Debtor(s). )

### APPELLANTS DESIGNATION OF CONTENTS FOR INCLUSION AND RECORD AND ISSUES ON APPEAL

COMES NOW, Five Star Credit Union, in the above referenced matter, and hereby files its Designation of Content for Inclusion and the Record and Issues on Appeal in the above referenced matter as follows:

I. **DESIGNATION OF CONTENTS FOR RECORD ON APPEAL**

(1) A copy of the docket sheet in the above referenced matter.

(2) A copy of the debtor's Chapter 13 Plan, including any and all schedules listing Five Star Credit Union as secured by a mortgage on real property.

(3) A copy of the debtor's schedules in the Chapter 13 case.

(4) A copy of the Order confirming Bankruptcy Plan (Docket Number 36) and the Trustee's summary of the confirmed plan (Docket Number 35).

(5) A copy of Docket Entry Number 23 identified as Motion for 2004 Examination filed by William C. Elliott on behalf of Five Star Credit Union.

(6) A copy of Docket Entry Number 26 identified as Order Granting Motion for 2004 Examination of the Debtors.

(7) A copy of Docket Entry Number 40 identified as Debtor's Objection to Claim Number 0005 of Five Star Credit Union.

(8) A copy of Docket Entry Number 41 identified as Motion to Amend Confirmed Plan filed by the debtor's.

(9) A copy of Docket Entry Number 43 identified as Order Resetting Meeting of Creditors.

(10) A copy of Docket Entry Number 45 identified as Certificate of Service of Order Resetting Meeting of Creditors.

(11) A copy of Docket Entry Number 46 identified as Order Sustaining Objection to Claim.

(12) A copy of Docket Entry Number 48 identified as Response to Objection to claim filed by William C. Elliott on behalf of Five Star Credit Union.

(13) A copy of Docket Entry Number 49 identified as Motion to Alter, Amend or Vacate Order Sustaining Objection to Claim without Hearing.

(14) A copy of Docket Number 50 identified as Notice of Hearing on Objection to Claim.

(15) A copy of Docket Number 51 identified as Amended Schedules I and J filed by Michael D. Brock on behalf of the debtor's.

(16) A copy of Docket Number 52 identified as Hearing on Motion to Alter, Amend or Vacate.

(17) A copy of Docket Number 54 identified as Objection to Motion to Amend Chapter 13 Plan filed by William C. Elliott on behalf of Five Star Credit Union.

(18) A copy of Docket Number 55 identified as Motion to Continue and Reschedule Hearing on Objection to Claim, Motion to Alter, Amend or Vacate.

(19) A copy of Docket Number 56 identified as Order Denying Motion to Alter, Amend or Vacate.

(20) A copy of Docket Number 57 identified as Order Sustaining Objection to Claim.

(21) A copy of Docket Number 58 identified as Order Denying Motion to Continue.

(22) A copy of the Transcript of the Hearing held on November 12, 2005 has been ordered by the Appellant.

(23) A copy of the Official Court Notice setting Hearing in the Circuit Court of Baldwin County, Alabama, requiring William C. Elliott to miss the hearing held on November 12, 2005.

(24) A copy of the docket sheet from Alacourt.com of William C. Elliott's previous bench trial requiring him to attend court in Baldwin County, Alabama.

**II.   STATEMENT OF THE ISSUES TO BE PRESENTED ON APPEAL**

Appellant indicates that the issues on Appeal to be heard by the District Court are as follows:

(1) Should the creditor, Five Star Credit Union, be allowed to present evidence, in opposition to the debtor's Objection to the Claim of Five Star Credit Union?

(2) Is the local rule requiring a response to be filed within thirty (30) days from an Objection to Claim in the above referenced matter tantamount to the Entry of a Default Judgment which ought to be set aside by the court upon a timely Motion to Alter, Amend or Vacate?

(3) Did the creditor, Five Star Credit Union, timely file a Motion to Alter, Amend or Vacate the Court's Order sustaining the Objection to the Claim?

(4) Was there any evidence presented to the court to sustain the Objection to the Claim pending before the Court?

(5) Would any undue prejudice befall the debtors in the case at bar by continuing the Hearing on the Motion to Alter, Amend or Vacate and the Objection to Claim and the Response to Objection to Claim to another docket in which the Creditor's counsel could have been present for court?

(6) Should the Honorable William R. Sawyer, United States Bankruptcy Court Judge, have set the Objection to Claim and the Response to Objection to Claim for a proper Evidentiary Hearing in the case at bar?

(7) Was the sustaining of the Objection to Claim sufficient to "lien strip" the creditor's mortgage without a proper adversary proceeding being filed by the debtors?

(8) Has the creditor, Five Star Credit Union, preserved its right to insist that its mortgages be treated as fully secured under the debtor's original Bankruptcy Plan by filing an Objection to Confirmation of the Debtor's Amended Plan by "mooting" the sustaining of the Objection to Claim in the case at bar?

(9) Did the debtors, by filing an Amended Chapter 13 Plan prior to the Court ruling on the Objection to Claim of the Creditor, Five Star Credit Union, extend the ability of the creditor to Amend its Claim pursuant to the Bankruptcy Rules due to the debtor's own action in amending its plan, whether confirmed or not?

(10) Is an Objection to a timely filed Proof of Claim the proper procedure to "lien strip" a properly perfected mortgage?

The Appellant reserves the right to amend its statement of the issues to be presented upon review of the record on appeal.

RESPECTFULLY SUBMITTED THIS 28th DAY OF DECEMBER, 2005.

WILLIAM C. ELLIOTT         (ELL022)
Attorney of Five Star Credit Union
P.O. Box 242236
Montgomery, AL 36124-2236
334-356-5662
334-356-5672 facsimile

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served this 28TH day of December, 2005 by regular, postage pre-paid, U.S. Mail.

_____<br>
WILLIAM C. ELLIOTT     (ELL022)

Michael S. Brock
Brock & Stout
P.O. Drawer 311167
Enterprise, AL 36331

Curtis C. Reding
P.O. Box 173
Montgomery, AL 36101