**United States Bankruptcy Court**
**Middle District of Alabama**

IN RE:  
HENRY, TOMMY LEE Jr. & HENRY, LETITA J.  
Debtor(s)

Case No. 04-11427  
Chapter 13

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 12,000.00 | | |
| B - Personal Property | Yes | 2 | 37,495.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 78,694.89 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 2 | | 943.13 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | 9,615.85 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 2,245.11 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 1,933.06 |
| Total Number of Sheets in Schedules | | 14 | | | |
| Total Assets | | | 49,495.00 | | |
| Total Liabilities | | | | 89,253.87 | |

SUMMARY OF SCHEDULES

12

IN RE HENRY, TOMMY LEE Jr. & HENRY, LETITA J.      Case No. 04-11427
                        Debtor(s)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 3 ACRES LOCATED AT 788 TRUITT RD., GORDON, AL 36343 | | J | 12,000.00 | 77,323.37 |
| | | TOTAL | 12,000.00 | |

(Report also on Summary of Schedules)

SCHEDULE A - REAL PROPERTY

IN RE HENRY, TOMMY LEE Jr. & HENRY, LETITA J.                              Case No. 04-11427
                                         Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.
Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.
If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HWJC | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | CASH ON HAND ESTIMATED TO BE NOT MORE THAN | J | 5.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | CHECKING & SAVING ACCOUNTS | J | 25.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | FURNITURE<br>HOUSEHOLD GOODS | J<br>J | 800.00<br>1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | BOOKS & PICTURES | J | 50.00 |
| 6. Wearing apparel. | | CLOTHES | J | 300.00 |
| 7. Furs and jewelry. | | JEWELRY | J | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | HOBBY EQUIPMENT | J | 50.00 |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |

SCHEDULE B - PERSONAL PROPERTY

IN RE HENRY, TOMMY LEE Jr. & HENRY, LETITA J.  
                          Debtor(s)  
Case No. 04-11427

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1987 NISSAN PICKUP (TOTALED)<br>1990 CHEVROLET 1500 PICKUP (200,000+ MILES)<br>1998 FORD EXPEDITION (140,000+ MILES)<br>1999 CHRYSLER CIRRUS (173,000+ MILES) | J<br>J<br>J<br>J | 500.00<br>4,225.00<br>7,725.00<br>4,215.00 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | | 10X12 STORAGE SHED (POOR CONDITION)<br>1990 28X52 PEACH STATE MOBILE HOME<br>TOOLS & LAWN EQUIPMENT | J<br>J<br>J | 200.00<br>17,000.00<br>400.00 |
| | | | TOTAL | 37,495.00 |

0 continuation sheets attached  
SCHEDULE B - PERSONAL PROPERTY

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE HENRY, TOMMY LEE Jr. & HENRY, LETITA J.
                  Debtor(s)

Case No. 04-11427

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| CASH ON HAND ESTIMATED TO BE NOT MORE THAN | Ala. Code §§ 6-10-6, | 5.00 | 5.00 |
| CHECKING & SAVING ACCOUNTS | Ala. Code §§ 6-10-6, | 25.00 | 25.00 |
| HOUSEHOLD GOODS | Ala. Code §§ 6-10-6, | 1,500.00 | 1,500.00 |
| BOOKS & PICTURES | Ala. Code §§ 6-10-6, | 50.00 | 50.00 |
| CLOTHES | Ala. Code §§ 6-10-6, | 300.00 | 300.00 |
| JEWELRY | Ala. Code §§ 6-10-6, | 500.00 | 500.00 |
| HOBBY EQUIPMENT | Ala. Code §§ 6-10-6, | 50.00 | 50.00 |
| 1987 NISSAN PICKUP (TOTALED) | Ala. Code §§ 6-10-6, | 500.00 | 500.00 |
| 10X12 STORAGE SHED (POOR CONDITION) | Ala. Code §§ 6-10-6, | 200.00 | 200.00 |
| TOOLS & LAWN EQUIPMENT | Ala. Code §§ 6-10-6, | 400.00 | 400.00 |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

IN RE HENRY, TOMMY LEE Jr. & HENRY, LETITA J.
Debtor(s)

Case No. 04-11427

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. HENRT22927<br>FARMERS FURNITURE<br>3781 ROSS CLARK CIRCLE<br>DOTHAN, AL 36303 | | J | FURNITURE<br><br>Value $ 800.00 | | | | 1,371.52 | 571.52 |
| Account No.<br>FARMERS FURNITURE<br>P.O. BOX 1140<br>DUBLIN, GA 31040 | | | Assignee or other notification for:<br>FARMERS FURNITURE<br><br>Value $ | | | | | |
| Account No. 315351-14<br>FIVE STAR CREDIT UNION<br>P.O. BOX 2028<br>DOTHAN, AL 36302 | | J | 1990 28X52 PEACH TREE MOBILE HOME, 3 ACRES LOCATED AT 788 TRUITT RD., GORDON, AL 36343, 1998 FORD EXPEDITION (140,000+ MILES), 1999 CHRYSLER CIRRUS (173,000+ MILES) & 1990 CHEVROLET 1500 PICKUP (200,000+ MILES)<br>Value $ 45,165.00 | | | | 38,412.90 | |
| Account No. 315351-15<br>FIVE STAR CREDIT UNION<br>P.O. BOX 2028<br>DOTHAN, AL 36302 | | J | 2ND MORTGAGE ON 1990 28X52 PEACHTREE MOBILE HOME, 3 ACRES LOCATED AT 788 TRUITT RD., GORDON, AL 36343, 1998 FORD EXPEDITION (140,000+ MILES, 1999 CHRYSLER CIRRUS (173,000+ MILES) & 1990 CHEVROLET 1500 PICKUP (200,000+ MILES)<br>Value $ 45,165.00 | | | | 38,910.47 | 32,158.37 |
| Account No.<br> | | | Value $ | | | | | |

0 Continuation Sheets attached

Subtotal (Total of this page) 78,694.89

(Complete only on last sheet of Schedule D) **TOTAL** 78,694.89

(Report total also on Summary of Schedules)

SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE HENRY, TOMMY LEE Jr. & HENRY, LETITA J.    Case No. 04-11427
                      Debtor(s)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entry on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**
(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☑ **Taxes and Other Certain Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_ Continuation Sheets attached

SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

HENRY, TOMMY LEE Jr. & HENRY, LETITA J.
Debtor(s)

Case No. 04-11427

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. 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<br>INTERNAL REVENUE SERVICE<br>801 TOM MARTIN DRIVE, SUITE 126<br>BIRMINGHAM, AL 35211 | | J | 2003 BACK TAXES | | | | 943.13 | 943.13 |
| Account No.<br>PATRICIA CONOVER<br>ASST. U.S. ATTORNEY<br>P.O. BOX 197<br>MONTGOMERY, AL 36101 | | | Assignee or other notification for:<br>INTERNAL REVENUE SERVICE | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet 1 of 1 Continuation Sheets attached to Schedule E

Subtotal (Total of this page) 943.13

(Complete only on last sheet of Schedule E) TOTAL 943.13
(Report total also on Summary of Schedules)

SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE HENRY, TOMMY LEE Jr. & HENRY, LETITA J.
                    Debtor(s)                                                    Case No. 04-11427

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4305-7221-1541-5120<br>CAPITAL ONE<br>P.O. BOX 85147<br>RICHMOND, VA 23276 | | J | CREDIT CARD DEBT | | | | 690.01 |
| Account No. 4121-7416-2390-7743<br>CAPITAL ONE<br>P.O. BOX 85147<br>RICHMOND, VA 23276 | | J | CREDIT CARD DEBT | | | | 885.27 |
| Account No. 7218686314<br>CHEVRON<br>P.O. BOX 2001<br>CONCORD, CA 94529-0001 | | J | CREDIT CARD DEBT | | | | 200.00 |
| Account No. 506870577<br>CREDIT FIRST NATIONAL<br>P.O. BOX 81344<br>CLEVELAND, OH 44188-0344 | | J | CREDIT CARD DEBT | | | | 995.44 |
| Account No. 315351-16<br>FIVE STAR CREDIT UNION<br>P.O. BOX 2028<br>DOTHAN, AL 36302 | | J | LOAN | | | | 5,709.99 |

1 Continuation Sheets attached

Subtotal (Total of this page)   8,480.71

(Complete only on last sheet of Schedule F)  TOTAL
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE HENRY, TOMMY LEE Jr. & HENRY, LETITA J.  Case No. 04-11427
                    Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6012503752390969 <br> MUSICIAN'S FRIEND <br> GE CAPITAL CONS. CARD CO. <br> DEPARTMENT 0008 <br> PALATINE, IL 60055-0008 | | J | CREDIT CARD DEBT | | | | 370.04 |
| Account No. 5489-5551-0037-2277 <br> ORCHARD BANK <br> P.O. BOX 5222 <br> CAROL STREAM, IL 60197-5222 | | J | CREDIT CARD DEBT | | | | 565.10 |
| Account No. 6035251020000688 <br> ZALES <br> P.O. BOX 9714 <br> GRAY, TN 37615 | | J | DEBT | | | | 200.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet ___1___ of ___1___ Continuation Sheets attached to Schedule F

Subtotal (Total of this page) 1,135.14

(Complete only on last sheet of Schedule F) TOTAL 9,615.85
(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE HENRY, TOMMY LEE Jr. & HENRY, LETITA J.    Case No. 04-11427
                              Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete addresses of all other parties to each lease or contract described.
NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE HENRY, TOMMY LEE Jr. & HENRY, LETITA J.
Debtor(s)

Case No. 04-11427

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

SCHEDULE H - CODEBTORS

IN RE HENRY, TOMMY LEE Jr. & HENRY, LETITA J.  
Debtor(s)

Case No. 04-11427

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | | |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **LEADMAN** | **RECEPTIONIST/CASHIER** |
| Name of Employer | **CUMMINGS SIGN** | **PENNY PROFIT CLEANER** |
| How long employed | **6 YRS** | **2 YRS** |
| Address of Employer | **42255 NAPIER FIELD RD. MIDLAND CITY, AL 36350** | **246 WESTGATE PARKWAY DOTHAN, AL 36303** |

Income: (Estimate of average monthly income)

|  | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rata if not paid monthly) | $ 2,396.50 | $ 812.52 |
| Estimated monthly overtime | $ | $ |
| SUBTOTAL | $ 2,396.50 | $ 812.52 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ 528.19 | $ 107.48 |
| b. Insurance | $ 236.70 | $ |
| c. Union dues | $ | $ |
| d. Other (specify) See Schedule Attached | $ 91.54 | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 856.43 | $ 107.48 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,540.07 | $ 705.04 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| Income from real property | $ | $ |
| Interest and dividends | $ | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| Social Security or other government assistance (Specify) | $ | $ |
| | $ | $ |
| Pension or retirement income | $ | $ |
| Other monthly income (Specify) | $ | $ |
| | $ | $ |
| | $ | $ |
| TOTAL MONTHLY INCOME | $ 1,540.07 | $ 705.04 |

TOTAL COMBINED MONTHLY INCOME $ 2,245.11 (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

IN RE HENRY, TOMMY LEE Jr. & HENRY, LETITA J.                                Case No. 04-11427
                                    Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

| Other Payroll Deductions: | DEBTOR | SPOUSE |
|---|---|---|
| **DENTAL INSURANCE** | **39.28** | |
| **VISION INSURANCE** | **12.58** | |
| **RETIREMENT** | **10.00** | |
| **UNIFORMS** | **29.68** | |

SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE HENRY, TOMMY LEE Jr. & HENRY, LETITA J.                              Case No. 04-11427
                              Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 544.20 |
| Are real estate taxes included? Yes ___ No ✓ | |
| Is property insurance included? Yes ___ No ✓ | |
| Utilities: Electricity and heating fuel | $ 175.00 |
|     Water and sewer | $ 48.00 |
|     Telephone | $ 65.00 |
|     Other CABLE | $ 38.00 |
| | $ |
| Home maintenance (repairs and upkeep) | $ |
| Food | $ 55.00 |
| Clothing | $ 300.00 |
| Laundry and dry cleaning | $ 50.00 |
| Medical and dental expenses | $ 35.00 |
| Transportation (not including car payments) | $ 50.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 250.00 |
| Charitable contributions | $ 75.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | $ 75.00 |
|     Homeowner's or renter's | |
|     Life | $ 67.86 |
|     Health | $ |
|     Auto | $ |
|     Other | $ 105.00 |
| | $ |
| Taxes (not deducted from wages or included in home mortgage payments) | $ |
| (Specify) | |
| | $ |
| | $ |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | $ |
|     Auto | $ |
|     Other | $ |
| Alimony, maintenance, and support paid to others | $ |
| Payments for support of additional dependents not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| Other | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| | $ |

**TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules)      $ 1,933.06

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | |
| B. Total projected monthly expenses | $ 2,245.11 |
| C. Excess income (A minus B) | $ 1,933.06 |
| D. Total amount to be paid into plan each **Monthly** | $ 312.05 |
|     (interval) | $ 312.00 |

SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

IN RE HENRY, TOMMY LEE Jr. & HENRY, LETITA J.                                Case No. 04-11427
                              Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __15__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)

Date: July 9, 2004          Signature: /s/ TOMMY LEE HENRY, Jr.
                                       TOMMY LEE HENRY, Jr.                         Debtor

Date: July 9, 2004          Signature: /s/ LETITA J. HENRY
                                       LETITA J. HENRY                      (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer

Social Security No.
(Required by 11 U.S.C. § 110(c).)

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

Signature of Bankruptcy Petition Preparer                                       Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)

Date: _____       Signature: _____

(Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

DECLARATION CONCERNING DEBTOR'S SCHEDULES