UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re:
**Tommy Lee Henry and Letita J. Henry**
    Debtors

Case No.: 04-11427

Judge: William R. Sawyer
Chapter: 13

A *Petition for Relief under Chapter 13 of Title 11, U.S. Code*, filed by or against the above named Debtors on 7/2/04.

### ORDER CONFIRMING PLAN

The debtors' plan was filed on 7/9/04. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is **confirmed**.

Dated: 10/14/04

*[signature]*

William R. Sawyer
United States Bankruptcy Judge

36