UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re
TOMMY LEE HENRY JR
Soc. Sec. No. XXX-XX-9574
LETITA J HENRY
Soc. Sec. No. XXX-XX-6328
    Debtor.

Case No. 04-11427-WRS
Chapter 13

## TRUSTEE'S SUMMARY OF CONFIRMED CHAPTER 13 PLAN

The debtor's plan was filed on Fri Jul 09, 2004. A summary of the plan or the final modification was transmitted to the creditors under Fed R Bankr P 3015. The Confirmation hearing for the debtor(s) plan was held on Wed Sep 08, 2004, and the Court ordered the plan confirmed.

Following is a Summary of the plan as confirmed by the Court:

1. Payment:
   Amount of debtor(s) plan payment: $ 156.00 bi-weekly.
   Period of payments: 051 months or until 41.57 % is paid on allowed unsecured claims or a "pot" of $ 4,235.00 is paid to unsecureds.

   **Payable to:**    CHAPTER 13 TRUSTEE
                      P O BOX 830529
                      BIRMINGHAM AL  35283

2. Senior expenses and Administrative claims to be paid:

| | ADMINISTRATIVE EXPENSES | |
|---|---|---|
| Debtor's Attorney | Attorney's fee allowed | $ 1,600.00 |
| Chapter 13 Trustee | Notice fee @ $.50 per copy | $     2.00 |
| Chapter 13 Trustee | Trustee administrative fee | $      .00 |

| SECURED, PRIORITY, AND SPECIAL CLAIMS | | | |
|---|---|---|---|
| FARMERS FURNITURE | $    800.00 | 8.00 % | $   25.00 |
| FIVE STAR FEDERAL CREDIT UNION | $ 45,165.00 | 8.00 % | $  210.00 |
| INTERNAL REVENUE SERVICE TOCB | $    943.13 |  .00 % | $   26.00 |
| FIVE STAR FEDERAL CREDIT UNION | $    816.30 | 8.00 % | $   26.00 |

3. Payments on allowed unsecured claims (including undersecured claims) will be made after senior expenses and claims are paid.

Dated this the 12th day of October, 2004.

P. O. Box 173
Montgomery AL  36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: trustees_office@ch13mdal.com

/ s /
Curtis C. Reding
Chapter Thirteen Trustee

35

```
In re
TOMMY LEE HENRY JR                          Case No. 04-11427-WRS
Soc. Sec. No. XXX-XX-9574                   Chapter 13
LETITA J HENRY
Soc. Sec. No. XXX-XX-6328
          Debtor.
```

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the Trustee's Summary of Confirmed Plan upon the following parties, by placing them in the U. S. Mail, postage prepaid, and properly addressed, or by electronic mail this 12th day of October, 2004.

            /S/
    _____
    Curtis C. Reding, Trustee