UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| TOMMY LEE HENRY, JR. and LETITA J. HENRY | ) ) ) CHAPTER 13 ) ) |
| Debtor | ) CASE NO. 04-11427 ) ) ) |

## MOTION FOR RULE 2004 EXAMINATION

COMES NOW, Five Star Credit Union, creditor in the above-referenced matter by and through its attorney of record respectfully moves the Honorable Court to enter an Order granting Creditor a Rule 2004 Examination of the Debtor. As grounds therefore, the Creditor states as follows:

1. The Debtor has three (3) debts which are secured by a properly perfected Mortgage and Mobile Home. Apparently, the debtor is attempting to "strip" the Credit Union's Lien by alleging that the value of the Mobile Home and Land is less that Mortgage on the property.

2. The Creditor requests the debtor to produce documents which would not have been available at the 341 hearing concerning the valuation of the Mobile Home, Land and any attachments.

WHEREFORE, based on the above the Creditor respectfully moves the Honorable Court to enter an Order granting Rule 2004 Examination of the Debtor prior to confirmation in the case at bar.

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing by placing a copy of same in the United States Mail, postage prepaid on this ___ day of _____, 2004.

WILLIAM C. ELLIOTT

Michael Brock
Brock & Stout
P.O. Drawer 311167
Enterprise, AL 36331-4357
334-393-4357

Curtis C. Reding
P.O. Box 173
Montgomery, AL 36101
334-262-8371

Five Star Credit Union
P.O. Box 2028
Dothan, AL 36302-2028