UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re

TOMMY LEE HENRY, JR.
LETITA J. HENRY,

    Debtors.

Case No. 04-11427-WRS
Chapter 13

## ORDER GRANTING MOTION FOR EXAMINATION OF DEBTOR

Five Star Credit Union filed a motion on September 2, 2004 to examine the debtor under Fed. R. Bankr. Proc. 2004(a). It is hereby

ORDERED that the debtor appear before Five Star Credit Union on a mutually-agreed time, date and location between Five Star Credit Union, the debtor, and debtor's attorney for examination.

Done this 7th day of September, 2004.

                              /s/William R. Sawyer
                              United States Bankruptcy Judge

c: Debtors
    Michael D. Brock, Attorney for Debtors
    William C. Elliott, Attorney for Five Star Credit Union
    Curtis C. Reding, Trustee