IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| TOMMY LEE HENRY, JR., | * | CASE NO. 04-11427-WRS |
| LETITA J. HENRY, | * | |
| | * | |
| Debtors. | * | CHAPTER 13 |

PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.

### DEBTORS' OBJECTION TO CLAIM #0005 OF FIVE STAR CREDIT UNION

COMES NOW the Debtors, by and through the undersigned, and object to claim #0005 of Five Star Credit Union filed as secured and as grounds thereof shows unto the Court as follows:

1. Five Star Credit Union filed claim #0005 as secured alleging that it had a secured interest in certain property that said creditor used as collateral on other loans.

2. The Debtor asserts that there is no value for claim #0005 to attach. In other words, there is no value to the collateral listed by Five Star Credit Union for claim #0005 to attach because said value was used in Five Star Credit Union's other claim.

3. As a result, the Debtors assert that claim #0005 of Five Star Credit Union should be allowed in the amount filed but treated as a general unsecured claim.

RESPECTFULLY SUBMITTED this 27th day of September, 2005.

BROCK & STOUT

/s/ Michael D. Brock
Michael D. Brock {BRO152}
Attorney for Debtors
Post Office Drawer 311167
Enterprise, Alabama 36331-1167
(334) 393-4357
(334) 393-0026 FAX
brockstoutsherling@entercomp.com

40

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing upon the Bankruptcy Administrator, Curtis C. Reding, Chapter 13 Trustee, William C. Elliott, Attorney for Five Star Credit Union, P.O. Box 242236, Montgomery, AL 36124 by first class U.S. Mail, postage prepaid, or by electronic noticing in accordance with the local rules of the Bankruptcy Court this 27th day of September, 2005.

/s/ Michael D. Brock
Michael D. Brock {BRO152}
Attorney for Debtors