IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| TOMMY LEE HENRY, JR., | * | CASE NO. 04-11427-WRS |
| LETITA J. HENRY, | * | |
| | * | |
| Debtors. | * | CHAPTER 13 |

**PURSUANT TO LBR 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 20 DAYS OF SERVICE. RESPONSES MUST BE FILED AND SERVED UPON THE MOVING PARTY WITHIN 20 DAYS OF SERVICE. RESPONSES MUST BE FILED ELECTRONICALLY WITH THE CLERK OF THE BANKRUPTCY COURT, P.O. BOX 1248, MONTGOMERY, ALABAMA 36102.**

This pleading is being filed and noticed pursuant to M.D. AL L.B.R. 9007-1 procedures for: Modify Confirmed Ch. 13 Plan pursuant 3015(g)

## MOTION TO AMEND PLAN

COMES NOW the Debtors, by and through the undersigned, and moves this Honorable Court to allow them to amend their Plan as follows:

1. By correcting the value of collateral of claim #0004 of Five Star Credit Union to $6,752.10.

2. Attached hereto you will find a copy of the Debtors' proposed amended Plan.

RESPECTFULLY SUBMITTED this 27th day of September, 2005.

> BROCK & STOUT
>
> /s/ Michael D. Brock
> Michael D. Brock {BRO152}
> Attorney for Debtors
> Post Office Drawer 311167
> Enterprise, Alabama 36331-1167
> (334) 393-4357
> (334) 393-0026 FAX
> brockstoutsherling@entercomp.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing upon the Bankruptcy Administrator, Curtis Reding, Chapter 13 Trustee, William C. Elliott, Attorney for Five Star Credit Union, P.O. Box 242236, Montgomery, AL 36124 by first class U.S. Mail, postage prepaid, or by electronic noticing in accordance with the local rules of the Bankruptcy Court this 27th day of September, 2005.

/s/ Michael D. Brock
Michael D. Brock {BRO152}
Attorney for Debtors

United States Bankruptcy Court
Middle District of Alabama

IN RE:
HENRY, TOMMY LEE Jr. & HENRY, LETITA J.
Debtor(s)

Case No. 04-11427
Chapter 13

AMENDED CHAPTER 13 PLAN

## September 27, 2005

1. **PAYMENTS TO TRUSTEE:** The debtor(s) shall pay $ **156.00** to the Chapter 13 Trustee **BI-WEEKLY** beginning _____.

2. **DISTRIBUTIONS BY TRUSTEE FROM THE PAYMENTS RECEIVED SHALL BE MADE AS FOLLOWS:**

First: **Administrative Claims** under 11 U.S.C. § 503(b). The debtor's attorney fee is $ **1,600.00**.

Second: **Secured Claims:**

a. Secured claims being paid through the trustee:

| Creditor | Amount of Debt | Value of Collateral | Interest Under Plan | Specified Monthly Payment |
|---|---|---|---|---|
| FARMERS FURNITURE | $1,371.52 | $800.00 | 8.00% | $25.00 |
| FIVE STAR CREDIT UNION | $6,752.10 | $6,752.10 | 8.00% | $210.00 |

b. Prepetition defaults being cured through the trustee:

| Creditor | Amount of Arrearage | Annual Interest | Date Post-Petition Payment will Resume | Specified Monthly Payment |
|---|---|---|---|---|
| FIVE STAR CREDIT UNION | $816.30 | 8.00% | | $26.00 |

c. Secured claims to be paid directly by the debtor or other party to the creditor:

| Creditor | Amount of Debt | Value of Collateral | Contractual Payment |
|---|---|---|---|
| FIVE STAR CREDIT UNION | $37,596.60 | $45,165.00 | $544.20 |

d. Secured claims to be satisfied by the surrender and return of collateral:

| Creditor | Description of Collateral | Amount of Debt | Value of Collateral |
|---|---|---|---|
| None | | | |

Third: **Priority Claims** (11 U.S.C. § 507(a)(2) to (8)):

| Creditor | Amount of Debt | Specified Monthly Payment |
|---|---|---|
| INTERNAL REVENUE SERVICE | $943.13 | $26.00 |

Fourth: **Specifically Classified Unsecured Claims:**

| Creditor | Basis for Classification | Amount of Debt Specifically Classified | Specified Monthly Payment |
|---|---|---|---|
| None | | | |

Fifth: **Unsecured Claims:** Including the unsecured portion of secured claims, a pro rata amount equal to * of the claim. If unsecured creditors are to receive less than 100% of their claims, the debtor(s) will pay all projected disposable income to the trustee for at least 36 months.

*DEBTORS PROPOSE A "POT PLAN" IN THE AMOUNT OF $4,235.00 TO THE UNSECURED CREDITORS.

3. **DURATION OF PLAN**

The expected duration of this plan is **54** months.

4. **PROVISIONS FOR UNSCHEDULED, POST-PETITION, OR LATE FILED CLAIMS ARE AS FOLLOWS:**

Debtor reserves the right to amend schedules to add unscheduled and post-petition claims as might be determined to exist or arise, respectively.

With regard to any late filed claims, these claims whether submitted by priority claimants such as Internal Revenue Service or the State of Alabama Department of Revenue, or whether filed by any other general, unsecured or secured creditor, shall be disallowed if an objection is submitted by the Debtor and sustained by the Court.

Debtor reserves the privilege to include any post-petition arrearage in mortgage or other secured debt initially proposed for direct servicing to a reasonably cure a post-petition default.

### 5. PROVISIONS FOR PROPERTY OF THE ESTATE (See 11 U.S.C. § 1303, § 1306 and § 1327):

### 6. PROVISIONS FOR EXECUTORY CONTRACTS AND UNEXPIRED LEASES (See 11 U.S.C. § 1322(b)(7) and § 365):

Debtor will propose a provision of the instant Chapter 13 Plan any and all executory contracts or unexpired leases shall be deemed rejected unless motion to assume such contracts or leases is filed by the Debtor before entry of any Order Confirming Plan.

### 7. OTHER PROVISIONS:

Dated: September 27, 2005

/s/ MICHAEL D. BROCK
Signature of Attorney

**BROCK & STOUT**
**P.O. DRAWER 311167**
**ENTERPRISE, AL 36331-1167**
**(334) 393-4357**

/s/ TOMMY LEE HENRY, Jr.
Signature of Debtor

/s/ LETITA J. HENRY
Signature of Spouse (if applicable)