UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

Case No. 04-11427

In Re:
Tommy Lee Henry and Letita J. Henry
    Debtor(s)

## ORDER RESETTING MEETING OF CREDITORS AND HEARING ON MODIFIED PLAN

The above debtor(s) have filed with this court a modification of their Chapter 13 Plan; and

It is therefore ORDERED that a Meeting of Creditors be reset for Wednesday, November 9, 2005, at 11:00 A.M., at the United States Courthouse, Dothan, Alabama.

It is further ORDERED that a hearing on the modification of the plan be and it is hereby set for Wednesday, January 11, 2006, at 11:00 A.M., at the United States Courthouse, Dothan, Alabama.

It is further ORDERED that the debtor(s) and the attorney for the debtor(s) appear at the Meeting of Creditors and the hearing on the modification of plan at the dates, places and times stated above.

The moving party shall serve a copy of this notice on all parties required to be served under Fed. R. Bankr. Proc. 2002 or other appropriate rule.

Dated: October 6, 2005

Richard S. Oda, Clerk
U. S. Bankruptcy Court

/s/ Desma Hamilton

********************************************************************

### Certificate of Service

I hereby certify that I have served a true and correct copy of the motion and order setting hearing to all creditors and other parties in interest by placing a copy of same in the U.S. Mail, postage prepaid.

DATED: _____    SIGNED: _____

43