## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE
## MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **TOMMY LEE HENRY, JR.,** | * | **CASE NO. 04-11427-WRS** |
| **LETITA J. HENRY,** | * | |
| | * | |
| **Debtors.** | * | **CHAPTER 13** |

<u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing upon the Bankruptcy Administrator, Curtis Reding, Chapter 13 Trustee, William C. Elliott, Attorney for Five Star Credit Union, P.O. Box 242236, Montgomery, AL 36124 and all creditors by first class U.S. Mail, postage prepaid, or by electronic noticing in accordance with the local rules of the Bankruptcy Court this 14th day of October, 2005.

BROCK & STOUT

/s/ Michael D. Brock
Michael D. Brock {BRO152}
Attorney for Debtors
Post Office Drawer 311167
Enterprise, Alabama 36331-1167
(334) 393-4357
(334) 393-0026 FAX
brockstoutsherling@entercomp.com

45

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re:                                                    Case No. 04-11427
Tommy Lee Henry and Letita J. Henry
        Debtor(s)

ORDER RESETTING MEETING OF CREDITORS AND
HEARING ON MODIFIED PLAN

The above debtor(s) have filed with this court a modification of their Chapter 13 Plan; and

It is therefore ORDERED that a Meeting of Creditors be reset for Wednesday, November 9, 2005, at 11:00 A.M., at the United States Courthouse, Dothan, Alabama.

It is further ORDERED that a hearing on the modification of the plan be and it is hereby set for Wednesday, January 11, 2006, at 11:00 A.M., at the United States Courthouse, Dothan, Alabama.

It is further ORDERED that the debtor(s) and the attorney for the debtor(s) appear at the Meeting of Creditors and the hearing on the modification of plan at the dates, places and times stated above.

The moving party shall serve a copy of this notice on all parties required to be served under Fed. R. Bankr. Proc. 2002 or other appropriate rule.

Dated: October 6, 2005

Richard S. Oda, Clerk
U. S. Bankruptcy Court

/s/ Desma Hamilton

************************************************************************

Certificate of Service

I hereby certify that I have served a true and correct copy of the motion and order setting hearing to all creditors and other parties in interest by placing a copy of same in the U.S. Mail, postage prepaid.

DATED: _10-14-05_                    SIGNED:_____

OCT 1 0 2005

04-1236

HENRY, TOMMY LEE Jr.
788 TRUITT RD.
GORDON, AL   36343

INTERNAL REVENUE SERVICE
801 TOM MARTIN DRIVE, SUITE 126
BIRMINGHAM, AL   35211


HENRY, LETITA J.
788 TRUITT RD.
GORDON, AL   36343

MUSICIAN'S FRIEND
GE CAPITAL CONS. CARD CO.
DEPARTMENT 0008
PALATINE, IL   60055-0008


CAPITAL ONE
P.O. BOX 85147
RICHMOND, VA   23276

ORCHARD BANK
P.O. BOX 5222
CAROL STREAM, IL   60197-5222


CHEVRON
P.O. BOX 2001
CONCORD, CA   94529-0001

PATRICIA CONOVER
ASST. U.S. ATTORNEY
P.O. BOX 197
MONTGOMERY, AL   36101


CREDIT FIRST NATIONAL
P.O. BOX 81344
CLEVELAND, OH   44188-0344

ZALES
P.O. BOX 9714
GRAY, TN   37615


FARMERS FURNITURE
P.O. BOX 1140
DUBLIN, GA   31040


FARMERS FURNITURE
3781 ROSS CLARK CIRCLE
DOTHAN, AL   36303


FIVE STAR CREDIT UNION
P.O. BOX 2028
DOTHAN, AL   36302