UNITED STATES BANKRUPTCY COURT

Middle District of Alabama

In re:   
**Tommy Lee Henry and Letita J. Henry**   
    Debtors

Case No.: 04-11427   
Chapter: 13

## ORDER SUSTAINING OBJECTION TO CLAIM

An objection was filed to the claim of *Five Star Credit Union (Claim #5)*. Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007-1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

Dated: 10/28/05

William R. Sawyer   
United States Bankruptcy Judge