UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TOMMY LEE HENRY | ) | CHAPTER 13 |
| | ) | |
| LETITA J. HENRY | ) | CASE NO. 04-11427 |
| | ) | |
| Debtor(s). | ) | |

### RESPONSE TO OBJECTION TO CLAIM

**COMES NOW,** Five Star Credit Union, a secured creditor in the above referenced matter, and hereby responds to the Objection to Claim filed by the debtor, Tommy Lee Henry and Letita J. Henry as files:

(1) The debtor has objected to Claim No. 5 of Five Star Credit Union alleging that there is no value for the secured claim to attach.

(2) Five Star Credit Union states that the debtor is attempting to lien strip a Mortgage by filing an Objection to Claim as opposed to filing an Adversary Proceeding as required by the rules.

(3) Five Star Credit Union states that there are not sufficient facts stated within the debtor's objection to claim No. 5 of Five Star Credit Union to allow the court to enter an Order allowing Five Star Credit Union's claim to be "lien stripped".

(4) The debtor's filed an Amended Plan attempting to modify Five Star Credit Union's debt and the value of said collateral.

**WHEREFORE,** based upon the above, the creditor requests the Honorable Court to deny the Objection to Claim, and require the debtor to file a proper adversary proceeding in order to lien strip a properly perfected claim secured by a mortgage on real property.

48

RESPECTFULLY SUBMITTED THIS ____ DAY OF _____, 2005.

                                                WILLIAM C. ELLIOTT   (ELL022)
                                                P.O. Box 242236
                                                Montgomery, AL 36124-2236
                                                334/356-5662
                                                334/356-5672 facsimile

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing by placing a copy of same in the United States Mail, postage prepaid on this ____ day of _____, 2005.

                                                WILLIAM C. ELLIOTT

Michael Brock, esq.
P.O. Drawer 311167
Enterprise, AL 36331-4357

Curtis C. Reding
Trustee
P.O. Box 173
Montgomery, AL 36101

Five Star Credit Union
Creditor
P.O. Box 2028
Dothan, AL 36302