UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| TOMMY LEE HENRY | ) | CHAPTER 13 |
| | ) | |
| LETITA J. HENRY | ) | CASE NO. 04-11427 |
| | ) | |
| Debtor(s). | ) | |

### MOTION TO ALTER, AMEND, OR VACATE

**COMES NOW,** Five Star Credit Union, secured creditor in the above referenced matter, and hereby files its Motion to Alter, Amend, or Vacate the Order Sustaining Objection to Claim. As grounds thereof, the moveant states as follows:

(1) Five Star Credit Union does want to file a Response to the Objection to Claim, and is filing one contemporaneous with this Motion.

(2) The negative notice is paramount to an Entry of Default Judgment and this Motion is timely filed pursuant to the bankruptcy rules.

(3) No prejudice will befall the debtor in this case at bar by this court setting aside its Order dated October 28, 2005 indicating that no response was filed to the Objection within the thirty (30) day time period.

**WHEREFORE,** based upon the above, the Creditor respectfully moves the Honorable Court to set aside its Order sustaining the Objection to Claim and set the Objection to Claim for Hearing.

RESPECTFULLY SUBMITTED THIS ___/___ DAY OF _____, 2005.

WILLIAM C. ELLIOTT    (ELL022)
P.O. Box 242236
Montgomery, AL 36124-2236
334/356-5662
334/356-5672 facsimile

## CERTIFICATE OF SERVICE

      I do hereby certify that I have served a copy of the foregoing by placing a copy of same in the United States Mail, postage prepaid on this \_\_1\_\_ day of _____, 2005.

 

                                                  WILLIAM C. ELLIOTT

Michael Brock, esq.
P.O. Drawer 311167
Enterprise, AL 36331-4357


Curtis C. Reding
Trustee
P.O. Box 173
Montgomery, AL 36101


Five Star Credit Union
Creditor
P.O. Box 2028
Dothan, AL 36302