UNITED STATES BANKRUPTCY COURT

Middle District of Alabama

---

In re:  
**Tommy Lee Henry and Letita J. Henry**  
Debtors

Case No.: 04-11427  
Chapter: 13

---

# NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, Federal Courthouse, Dothan, AL

on 11/30/05 at 10:00 AM

to consider and act upon the following:

*40* – Debtor's Objection to Claim #0005 of Five Star Credit Union Filed by Michael-AG D. Brock on behalf of Letita J. Henry, Tommy Lee Henry Jr.. Responses due by 10/27/2005. (Brock, Michael-AG)

*46* – Order Sustaining Objection to Claim (Order Reclassifies Claim #5 of Five Star Credit Union) Entered On 10/28/2005 (RE: related document(s)[40] Objection to Claim filed by Debtor Tommy Lee Henry, Joint Debtor Letita J. Henry). (JC, )

*48* – Response to Objection to Claim Filed by William C. Elliott on behalf of Five Star Credit Union (RE: related document(s)[40] Objection to Claim filed by Debtor Tommy Lee Henry, Joint Debtor Letita J. Henry). (Elliott, William)

*49* – Motion to Alter or Amend or Vacate Filed by William C. Elliott on behalf of Five Star Credit Union (RE: related document(s)[46] Order on Objection to Claim). (Elliott, William)

Dated: 11/2/05

*[Signature]*

Richard S. Oda  
Clerk, U.S. Bankruptcy Court

50