IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| TOMMY LEE HENRY, JR., | * | CASE NO. 04-11427-WRS |
| LETITA J. HENRY, | * | |
| | * | |
| Debtors. | * | CHAPTER 13 |

### NOTICE OF FILING AMENDED SCHEDULES I AND J

COMES NOW the Debtors, by and through the undersigned, and amend their Schedules I and J as evidenced by the attached amended Schedules I and J.

RESPECTFULLY SUBMITTED this 4th day of November, 2005.

BROCK & STOUT
/s/ Michael D. Brock
Michael D. Brock {BRO152}
Attorney for Debtors
Post Office Drawer 311167
Enterprise, Alabama 36331-1167
(334) 393-4357
(334) 393-0026 FAX

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing upon the Bankruptcy Administrator, Curtis Reding, Chapter 13 Trustee, by first class U.S. Mail, postage prepaid, or by electronic noticing in accordance with the local rules of the Bankruptcy Court this 4th day of November, 2005.

/s/ Michael D. Brock
Michael D. Brock {BRO152}
Attorney for Debtors

51

IN RE HENRY, TOMMY LEE Jr. & HENRY, LETITA J.                              Case No. _____
                                    Debtor(s)

## AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP | AGE |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | LEADMAN | RECEPTIONIST |
| Name of Employer | CUMMINGS SIGN | FLOWERS HOSPITAL |
| How long employed | 6 YRS | 4 MONTHS |
| Address of Employer | 42255 NAPIER FIELD RD. MIDLAND CITY, AL 36350 | PO BOX 6097 DOTHAN, AL 36302 |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rata if not paid monthly) | $ 2,396.50 | $ 1,200.00 |
| Estimated monthly overtime | $ | $ |
| SUBTOTAL | $ 2,396.50 | $ 1,200.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ 528.19 | $ 79.00 |
| b. Insurance | $ | $ 300.00 |
| c. Union dues | $ | $ |
| d. Other (specify) RETIREMENT | $ 10.00 | $ |
| UNIFORMS | $ 29.68 | $ |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 567.87 | $ 379.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 1,828.63 | $ 821.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | $ |
| Income from real property | $ | $ |
| Interest and dividends | $ | $ |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | $ |
| Social Security or other government assistance (Specify) _____ | $ | $ |
| | $ | $ |
| Pension or retirement income | $ | $ |
| Other monthly income (Specify) _____ | $ | $ |
| | $ | $ |
| | $ | $ |
| TOTAL MONTHLY INCOME | $ 1,828.63 | $ 821.00 |

TOTAL COMBINED MONTHLY INCOME $ _____ 2,649.63   (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

IN RE HENRY, TOMMY LEE Jr. & HENRY, LETITA J.  Case No. _____
Debtor(s)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 544.20 |
| Are real estate taxes included?   Yes ___  No ✓ | |
| Is property insurance included?   Yes ___  No ✓ | |
| Utilities:  Electricity and heating fuel | $ 175.00 |
| Water and sewer | $ 48.00 |
| Telephone | $ 65.00 |
| Other CABLE | $ 58.00 |
| CELL PHONE | $ 70.00 |
| GARBAGE PICKUP | $ 12.00 |
| Home maintenance (repairs and upkeep) | $ 50.00 |
| Food | $ 300.00 |
| Clothing | $ 50.00 |
| Laundry and dry cleaning | $ 30.00 |
| Medical and dental expenses | $ 50.00 |
| Transportation (not including car payments) | $ 350.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 95.00 |
| Charitable contributions | $ 185.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
| Homeowner's or renter's | |
| Life | $ 81.76 |
| Health | $ |
| Auto | $ |
| Other | $ 166.00 |
| | $ |
| | $ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) PROPERTY TAX | $ 4.33 |
| | $ |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
| Auto | $ |
| Other | $ |
| | $ |
| Alimony, maintenance, and support paid to others | $ |
| Payments for support of additional dependents not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ |
| Other _____ | $ |
| | $ |
| | $ |
| | $ |
| | $ |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | **$ 2,334.29** |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A.  Total projected monthly income | $ 2,649.63 |
| B.  Total projected monthly expenses | $ 2,334.29 |
| C.  Excess income (A minus B) | $ 315.34 |
| D.  Total amount to be paid into plan each Monthly | $ 312.00 |
| (interval) | |

AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)