UNITED STATES BANKRUPTCY COURT

Middle District of Alabama

In re:  
**Tommy Lee Henry and Letita J. Henry**  
    Debtors

Case No.: 04-11427  
Chapter: 13

## NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, Federal Courthouse, Dothan, AL

on 11/30/05 at 10:00 AM

to consider and act upon the following:

*40* − Debtor's Objection to Claim #0005 of Five Star Credit Union Filed by Michael−AG D. Brock on behalf of Letita J. Henry, Tommy Lee Henry Jr.. Responses due by 10/27/2005. (Brock, Michael−AG)

*46* − Order Sustaining Objection to Claim (Order Reclassifies Claim #5 of Five Star Credit Union) Entered On 10/28/2005 (RE: related document(s)[40] Objection to Claim filed by Debtor Tommy Lee Henry, Joint Debtor Letita J. Henry). (JC, )

*48* − Response to Objection to Claim Filed by William C. Elliott on behalf of Five Star Credit Union (RE: related document(s)[40] Objection to Claim filed by Debtor Tommy Lee Henry, Joint Debtor Letita J. Henry). (Elliott, William)

*49* − Motion to Alter or Amend or Vacate Filed by William C. Elliott on behalf of Five Star Credit Union (RE: related document(s)[46] Order on Objection to Claim). (Elliott, William)

Dated:  11/2/05

Richard S. Oda  
Clerk, U.S. Bankruptcy Court

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 1127-1          User: jcanada           Page 1 of 1              Date Rcvd: Nov 02, 2005
Case: 04-11427                Form ID: ntchrgBK       Total Served: 3
```

```
The following entities were served by first class mail on Nov 04, 2005.
db          +Tommy Lee Henry, Jr.,    788 Truitt Rd.,    Gordan, AL 36343-8466
jdb         +Letita J. Henry,    788 Truitt Rd.,    Gordan, AL 36343-8466
948554      +FIVE STAR CREDIT UNION,    P.O. BOX 2028,    DOTHAN, AL 36302-2028

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 04, 2005        Signature: *Joseph Speetjens*