UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| TOMMY LEE HENRY | ) CHAPTER 13 |
| | ) |
| LETITA J. HENRY | ) CASE NO. 04-11427 |
| | ) |
| Debtor(s). | ) |

### OBJECTION TO MOTION TO AMEND CHAPTER 13 PLAN

**COMES NOW,** Five Star Credit Union, a secured creditor in the above referenced matter, by and through its attorney of record, William C. Elliott, and respectfully moves the Honorable Court to deny the post confirmation modification of the debtor's plan in the above referenced matter. as grounds thereof, the creditor states as follows:

(1) The debtors are attempting to "lien strip" a mortgage on property by modifying the confirmed Chapter 13 Plan.

(2) At the 341 Hearing, the debtors testified that there were no changes in circumstance from the date they filed the Chapter 13 Plan to the date of the 341 Hearing which was held November 9, 2005 in Dothan, Alabama.

(3) The debtors attempt to lien strip your creditor's mortgage without filing proper adversary proceedings via a post confirmation modification is procedurally improper.

(4) The debtors cannot, once a bankruptcy has been filed, attempt to modify or otherwise change valuation of real property by amending a confirmed plan.

(5) The debtors confirmed plan stated that the value of the creditor's collateral was $45,165.00. This was contained on the debtors original Chapter 13

Plan dated July 9, 2004, and thereafter, confirmed by the court. The debtors amended plan attempts to reduce this value arbitrarily and without any supporting evidence, documents, or legal basis to $6,752.10.

**WHEREFORE,** based upon the above, your creditor objects to the debtor's proposed Amended Plan and requests the Honorable Court to deny Confirmation of said Plan.

**RESPECTFULLY SUBMITTED THIS** 22 **DAY OF** NOV., 2005.

WILLIAM C. ELLIOTT    (ELL022)
Attorney for Five Star Credit Union
P.O. Box 242236
Montgomery, AL 36124-2236
334-356-5662
334-356-5662 facsimile

## CERTIFICATE OF SERVICE

      I do hereby certify that I have served a copy of the foregoing by placing a copy of same in the United States Mail, postage prepaid on this 22 day of NOV., 2005.

                                          **WILLIAM C. ELLIOTT (ELL022)**

Michael Brock
Brock & Stout
P.O. Drawer 311167
Enterprise, AL 36331

Curtis C. Reding
Trustee
P.O. Box 173
Montgomery, AL 36101

Five Star Credit Union
Creditor
P.O. Box 2028
Dothan, AL 36302