# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| TOMMY LEE HENRY | ) CHAPTER 13 |
| | ) |
| LETITA J. HENRY | ) CASE NO. 04-11427 |
| | ) |
| Debtor(s). | ) |

## MOTION TO CONTINUE

The Plaintiff, Five Star Credit Union, by and through the undersigned counsel, moves for a continuance of the hearing scheduled on November 30, 2001 at 10:00 a.m. Reason for continuance is as follows:

(1) Plaintiff will not be able to have a representative available for the hearing at this time due to a previously scheduled Bench Trial in the Circuit Court of Baldwin County, Alabama for the same date and time.

(2) The plaintiff's attorney, William C. Elliott, moves the Honorable Court to continue the hearing set on the Motion to Alter, Amend or Vacate and the hearing set on the Response to Objection to Claim in the above referenced matter.

**RESPECTFULLY SUBMITTED THIS 29th DAY OF NOVEMBER, 2005.**

/S/ WILLIAM C. ELLIOTT
William C. Elliott         (ELL022)
Attorney for Five Star Credit Union
P.O. Box 242236
Montgomery, AL 36124-2236
Telephone: (334) 356-5662
Facsimile:  (334) 356-5672

55

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served this **29**[th] day of **November, 2005** by regular, postage pre-paid, U.S. Mail.

/S/ WILLIAM C. ELLIOTT
WILLIAM C. ELLIOTT     (ELL022)

Michael S. Brock
Brock & Stout
P.O. Drawer 311167
Enterprise, AL 36331

Curtis C. Reding
P.O. Box 173
Montgomery, AL 36101