**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re                                        Case No. 04-11427-WRS
                                             Chapter 13
TOMMY LEE HENRY
LETITA J. HENRY,

      Debtors

**ORDER DENYING MOTION TO ALTER OR AMEND**

For the reasons set forth on the record on November 30, 2005, on the motion to alter or amend filed by Five Star Credit Union (Doc. 49), it is

ORDERED that he motion to alter or amend is DENIED.

Done this 8th day of December, 2005.

                                            /s/ William R. Sawyer
                                            United States Bankruptcy Judge

c: Michael D. Brock, Attorney for Debtors
   William C. Elliott, Attorney for Five Star
   Curtis C. Reding, Trustee

Orders.30