UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                                 Case No. 04-11427-WRS
                                                                       Chapter 13
TOMMY LEE HENRY
LETITA J. HENRY,

       Debtors

ORDER SUSTAINING OBJECTION TO CLAIM

For the reasons set forth on the record on November 30, 2005, on the debtors' objection to Claim No. 5 filed by Five Star Credit Union (Doc. 40), it is

ORDERED that the debtors' objection is SUSTAINED, and Claim No. 5 filed by Five Star Credit Union is ALLOWED as an unsecured claim.

Done this 8th day of December, 2005.

                              /s/ William R. Sawyer
                              United States Bankruptcy Judge

c:  Michael D. Brock, Attorney for Debtors
    William C. Elliott, Attorney for Five Star
    Curtis C. Reding, Trustee

Orders.30