UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re

TOMMY LEE HENRY
LETITA J. HENRY,

Debtors

Case No. 04-11427-WRS
Chapter 13

**ORDER DENYING MOTION TO CONTINUE HEARING**

For the reasons set forth on the record on November 30, 2005, on the Five Star Credit Union motion to continue the hearing on the objection to claim (Doc. 55), it is

ORDERED that the motion is DENIED.

Done this 8th day of December, 2005.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Michael D. Brock, Attorney for Debtors
William C. Elliott, Attorney for Five Star Credit Union
Curtis C. Reding, Trustee

Orders.30

58