IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

In the matter of:            )
                             )
HENRY, Tommy Lee, Jr. and    )
Letita J.,                   )
                             ) Case No. 04-11427
                             ) Dothan, AL
    Debtors.                 ) November 30, 2005, 10:14 a.m.

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE WILLIAM R. SAWYER
UNITED STATES BANKRUPTCY JUDGE

APPEARANCES:

             Michael Brock
             Brock, Stout & Clark
             P.O. Drawer 311167
             Enterprise, AL 36331-4357

             Sabrina McKinney
             Chapter 13 Trustee's Office
             P.O. Box 173
             Montgomery, AL 36101

Electronic Recorder
Operator:                    Linda Bodden

Transcriber:                 Patricia Basham
             6411 Quail Ridge Drive
             Bartlett, TN  38135
             901-372-0613

Proceedings recorded by electronic sound recording;
Transcript produced by transcription service.

2

1    COURTROOM DEPUTY: Chapter 13 case number 04-11427,
2    Tommy and Letita Henry.
3    THE COURT: Mr. Brock, what's this one about?
4    MR. BROCK: Judge, this is an unusual case. The first
5    thing we did was we filed an objection - well, if I can explain
6    it like this: Five Star Federal Credit Union has three
7    mortgages on a piece of property that includes a mobile home
8    and three vehicles. Now they use the same collateral on all
9    three mortgages. The total value is about forty-five thousand
10   dollars of the property, and the total debt is probably eighty
11   thousand dollars. So the third mortgage has no value to attach
12   to and that is claim number five. So I objected to it and
13   asked that it be treated as an unsecured claim. And this is an
14   order that you already entered and then Bill Elliott filed a
15   motion to alter and amend because he filed the response late.
16   THE COURT: Oh, I see.
17   MR. BROCK: And for the record, we have already had
18   this issue because he filed an objection to confirmation on
19   this very same issue. We had a 2004 examination that he had to
20   have before we had confirmation, and now all of the issues are
21   being brought back, the same issues that we have addressed
22   previously in this court.
23   THE COURT: Okay. Well, he filed a motion to continue
24   yesterday.
25   MR. BROCK: He actually filed motions to continue on

3

some of my cases where he has not even filed an objection or anything. So I -

THE COURT: All right. Well, I don't see that there is any merit to his underlying motion. I vaguely remember this one. So far he has been unable to articulate any basis for his motion. Now he files a motion to continue today on the eve of a hearing. Presumably his trial had been set for some time. So I am going to deny the motion to continue, and deny his motion to alter and amend, and sustain the debtor's objection to claim.

Does that do it for today or is there anything else?

MR. BROCK: There is another issue, Judge, where I filed - what had happened is - that deals with the third mortgage, claim number five. Also there is a second mortgage and, because the second mortgage has as collateral vehicles and real estate, the second mortgage we are paying through the plan but we are only paying the value that's left over after the first mortgage. So we are cramming it down. Now he has objected to that, as well, and he filed, I guess, a motion to continue on that, as well.

THE COURT: Okay.

MS. McKINNEY: And, Your Honor, that modified plan hearing is set January 11.

THE COURT: Oh, okay. We will just take that up -

MS. McKINNEY: So that really is not actually on your

```
                                                              4
1    docket today.
2         THE COURT:  All right.  We will take that one up
3    January 11.  We will just dispose of what we have got for
4    today.  Thank you.
5         MR. BROCK:  Thank you, Judge.
6         MS. McKINNEY:  Thank you, Your Honor.
7         (Off the record at 10:18 a.m.)
```

5

# C E R T I F I C A T E

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_____

Patricia Basham, Transcriber

Date: December 27, 2005