\*\*\* IN THE CIRCUIT COURT OF BALDWIN COUNTY \*\*\*

PEN AIR FEDERAL CREDIT UNION  VS  FREDERICK PEACE ET AL
PLA ATTY: ELLIOTT WILLIAM CATER       DEF ATTY:

```
        CASE: CV 2004 001266.00
       JUDGE: J.LANGFORD FLOYD
CASE SET FOR: TRIAL - BENCH
ON THIS DATE: 11/30/2005 AT: 0900 AM
       PLACE: SEE BELOW
```