

## alacourt.com's

## Alabama SJIS Case Detail

| Settings | Parties | Case Action Summary | Witness List | Financial |

| Case | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| County | 05 | Case Number | CV 2004 001266 00 | JID | JLF | Trial | B | |
| Style | PEN AIR FEDERAL CREDIT UNION VS FREDERICK PEACE ET AL | | | | | | | |
| Code | CONT | Type | CONTRACT/EJMNT/SEIZU | Filed | 11052004 | Track | | |
| Amount | | Status | ACTIVE | Plaintiffs | 001 | Defendants | 002 | |
| DJID | | Court Action | 00000000 | | | For | | |
| Damages-Comp | | Damages-Pun | | Damages-Gen | | No Damages | | |
| Trial Days | | Lien | | | | | | |

| Settings | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date 1 | 11302005 | Que 1 | 001 | Time 1 | 0900 A | Description | BTRL FOLEY | |
| Date 2 | | Que 2 | | Time 2 | | Description | | |
| Date 3 | | Que 3 | | Time 3 | | Description | | |
| Date 4 | | Que 4 | | Time 4 | | Description | | |
| Cont Date | | Why | | | | Cont # | | |
| RevJmt | | Admin Date | | Why | | | | |
| Appeal Date | | CRT | | Case | | 0000 000000 00 | | |
| TBNV1 | | TBNV2 | | DSDT | | DTYP | | |
| Comment 1 | | | | | | | | |
| Comment 2 | | | | | | | | |

| Party 1 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Party | C 001 | Name | PEN AIR FEDERAL CREDIT UNION | | | Type | INDIVIDUAL | |
| INDX | D PEACE | ANAM | | | | JID | JLF | |
| SSN | | Address 1 | | | | Sex | | |
| DOB | | Address 2 | | | | Race | | |
| Country | US | City | AL 00000 0000 | | | Phone | 334 000 0000 | |
| Atty 1 | ELLIOTT WILLIAM CATE | Atty 2 | | Atty 3 | | Atty 4 | | |
| Atty 5 | | Atty 6 | | | | | | |
| Issued | | Type | | Reissue | | Type | | |
| Return | | Type | | Return | | Type | | |
| Service | | Type | | Serv On | | By | | |
| Answer | | Type | | NS Not | | NA Not | | |
| Warrant | | Type | | Arrest | | | | |
| CACT | | Date | | For | | Exep | O | |
| AMT | | Cost | | Other | | Satisfied | | |
| Comment | | | | | | | | |

| Party 2 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Party | D 001 | Name | PEACE FREDERICK | | | Type | INDIVIDUAL | |
| INDX | C PEN AIR | ANAM | | | | JID | JLF | |
| SSN | | Address 1 | 40 LOC 3 RD | | | Sex | | |
| DOB | | Address 2 | | | | Race | | |
| Country | US | City | DEMOPOLIS AL 36732 0000 | | | Phone | 334 000 0000 | |
| Atty 1 | PRO SE | Atty 2 | | Atty 3 | | Atty 4 | | |
| Atty 5 | | Atty 6 | | | | | | |
| Issued | 11152004 | Type | S SHERIFF | Reissue | 08252005 | Type | A PROCESS SERV | |
| Return | 11162004 | Type | F NOT FOUND | Return | | Type | | |
| Service | 11142005 | Type | C CERTIFIED MAI | Serv On | | By | | |
| Answer | | Type | | NS Not | | NA Not | | |
| Warrant | | Type | | Arrest | | | | |
| CACT | | Date | | For | | Exep | O | |
| AMT | | Cost | | Other | | Satisfied | | |
| Comment | | | | | | | | |

http://gateway.alacourt.com/CaseDetail.Asp?n9P4rBI=nwaMMWMMVaXX&4EA=MM...    12/28/2005

| Party 3 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | D 002 | Name | PEACE VERLA | | | Type | INDIVIDUAL |
| INDX | C PEN AIR | ANAM | | | | JID | JLF |
| SSN | | Address 1 | 5429 GREENLEAF ROAD | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | MOBILE AL 36693 0000 | | | Phone | 334 000 0000 |
| Atty 1 | PRO SE | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 11152004 | Type | S SHERIFF | Reissue | 08252005 | Type | A PROCESS SERV |
| Return | 11162004 | Type | F NOT FOUND | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | 0 |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

Case Action Summary

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 11052004 | 1314 | FILE | FILED THIS DATE: 11/05/2004 (AV01) | LIH |
| 11052004 | 1314 | ORIG | ORIGIN: INITIAL FILING (AV01) | LIH |
| 11052004 | 1314 | TDMN | BENCH/NON-JURY TRIAL REQUESTED (AV01) | LIH |
| 11052004 | 1314 | ASSJ | ASSIGNED TO JUDGE: J LANGFORD FLOYD (AV01) | LIH |
| 11052004 | 1314 | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | LIH |
| 11052004 | 1315 | PART | PEN AIR FEDERAL CREDIT UNION ADDED AS C001 (AV02) | LIH |
| 11052004 | 1315 | ATTY | LISTED AS ATTORNEY FOR C001: ELLIOTT WILLIAM CATE | LIH |
| 11052004 | 1315 | PART | PEACE FREDERICK ADDED AS D001 (AV02) | LIH |
| 11052004 | 1315 | ATTY | LISTED AS ATTORNEY FOR D001: PRO SE (AV02) | LIH |
| 11052004 | 1317 | PART | PEACE VERLA ADDED AS D002 (AV02) | LIH |
| 11052004 | 1317 | ATTY | LISTED AS ATTORNEY FOR D002: PRO SE (AV02) | LIH |
| 11052004 | 1317 | C001 | SUMMONS AND COMPLAINT | LIH |
| 11122004 | 0822 | ORDR | DISCV ORDR & BTRL 9/7/05 9AM FOLEY | SUS |
| 11122004 | 1023 | DAT1 | SET FOR: FOLEY ON 09/07/2005 AT 0900A (AV01) | TAR |
| 11152004 | 0821 | SUMM | SHERIFF ISSUED: 11/15/2004 TO D001 (AV02) | SUS |
| 11152004 | 0821 | SUMM | SHERIFF ISSUED: 11/15/2004 TO D002 (AV02) | SUS |
| 11152004 | 0822 | GENN | GENERAL NOTICE SENT TO: C001 | SUS |
| 11152004 | 0823 | GENN | GENERAL NOTICE SENT TO: C001 | SUS |
| 12022004 | 1059 | RETU | RETURNED RETURN NOT FOUN ON 11/16/2004 FOR D001 | THP |
| 12022004 | 1100 | RETU | RETURNED RETURN NOT FOUN ON 11/16/2004 FOR D002 | THP |
| 08152005 | 0054 | DOCK | NOTICE SENT: 08/15/2005 ELLIOTT WILLIAM CATER | BRG |
| 08152005 | 0054 | DOCK | NOTICE SENT: 08/15/2005 PEACE FREDERICK | BRG |
| 08152005 | 0054 | DOCK | NOTICE SENT: 08/15/2005 PEACE VERLA | BRG |
| 08252005 | 1051 | D001 | ADDR1 CHANGED FROM: 223730 COUNTY ROAD 83 (AV02) | LAJ |
| 08252005 | 1051 | REIS | REISSUE OF PROCESS SERV ON 08/25/2005 FOR D001 | LAJ |
| 08252005 | 1051 | D001 | ADDR CITY CHANGED FROM: ROBERTSDALE (AV02) | LAJ |
| 08252005 | 1052 | D002 | ADDR1 CHANGED FROM: 223730 COUNTY ROAD 83 (AV02) | LAJ |
| 08252005 | 1052 | REIS | REISSUE OF PROCESS SERV ON 08/25/2005 FOR D002 | LAJ |
| 08252005 | 1052 | D002 | ADDR CITY CHANGED FROM: ROBERTSDALE (AV02) | LAJ |
| 09062005 | 1120 | DAT1 | SET FOR: FOLEY ON 11/30/2005 AT 0900A (AV01) | TAR |
| 11042005 | 0101 | DOCK | NOTICE SENT: 11/04/2005 ELLIOTT WILLIAM CATER | BRG |
| 11042005 | 0101 | DOCK | NOTICE SENT: 11/04/2005 PEACE FREDERICK | BRG |
| 11042005 | 0101 | DOCK | NOTICE SENT: 11/04/2005 PEACE VERLA | BRG |
| 11072005 | 0844 | D002 | ADDR1 CHANGED FROM: 40 LOC 3 RD (AV02) | LIH |
| 11072005 | 0844 | D002 | ADDR CITY CHANGED FROM: DEMOPOLIS (AV02) | LIH |
| 11222005 | 1325 | MOTN | BY D001 MOTION TO CONTINUE (11/18/05) | LIH |
| 12022005 | 1030 | TEXT | RECV'D | SUW |
| 12062005 | 1316 | SERC | D001 SERVED CERTIFIED MAIL ON 11/14/2005 | THP |