IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In Re: | |
| TOMMY LEE HENRY, JR. and LETITA J. HENRY, | ) ) ) |
| Debtors, | ) ) ) |
| FIVE STAR CREDIT UNION, | ) ) |
| Appellant, | ) ) | CIVIL DOCKET 1:06-cv-00019-MEF |
| vs. | ) ) ) |
| TOMMY LEE HENRY, JR. and LETITA J. HENRY, | ) ) ) |
| Appellee | ) |

## MOTION TO DISMISS

COMES NOW the Appellees, by and through undersigned, and hereby moves this Honorable Court to dismiss the appeal filed by Five Star Credit Union and as grounds thereof shows unto the Court that pursuant to Rule 8009 the Appellant failed to file its brief within fifteen (15) days after entry of the appeal on the docket pursuant to Rule 8007.  The Appellant's deadline to file its brief with this Honorable Court was on January 24, 2006.  The Appellant filed its brief untimely on January 26, 2006.  As a result, the Appellees move this Honorable Court to dismiss this appeal.

Respectfully submitted this 27th day of January, 2006.

BROCK & STOUT

/s/ Michael D. Brock
Michael D. Brock {BRO152}
Post Office Drawer 311167
Enterprise, AL 36331
(334) 393-4357
(334) 393-0026 FAX
brockstout@entercomp.com

CERTIFICATE OF SERVICE

      I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing upon the Clerk of the District Court, Curtis Reding, Chapter 13 Trustee, William C. Elliott, Attorney for Five Star Credit Union, P.O. Box 242236, Montgomery, AL 36124-2236 by first class U.S. Mail, postage prepaid, or by electronic noticing in accordance with the local rules of the Bankruptcy Court this 27th day of January, 2006.

      BROCK & STOUT

      /s/ Michael D. Brock
      Michael D. Brock {BRO152}
      Attorney for Debtor
      Post Office Drawer 311167
      Enterprise, Alabama 36331-1167
      (334) 393-4357
      (334) 393-0026 FAX