IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| FIVE STAR CREDIT UNION, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | ) CASE NO. 1:06-cv-19-MEF |
| | ) |
| TOMMY LEE HENRY, JR., *et al.,* | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of the Appellees' Motion to Dismiss (Doc. #4) filed on January 27, 2006, it is hereby

ORDERED that the motion is DENIED AS MOOT.

Done this the 1st day of February, 2006.

                                          /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE