# EXHIBITS

| UNITED STATES BANKRUPTCY COURT<br>Middle District of Alabama | PROOF OF CLAIM<br>Chapter 13 |
|---|---|
| In re<br>TOMMY LEE HENRY, JR. and<br>LETITA J. HENRY | Case Number<br>04-11427 |

NOTE: This form should not be used to make a claim for an administrative arising after the commencement of the case. A "request" of payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| NAME OF CREDITOR **TO SEND DISBURSEMENTS**<br>Five Star Credit Union<br>P.O. Box 2028<br>Dothan, AL 36302-2028<br><br>Name and Address Where Notices Should be Sent<br><br>William C. Elliott<br>P.O. Box 242236<br>Montgomery, AL 36124-2236<br>Telephone No. 334-270-1345 | ☐ Check box if you are aware that (The person or entity whom the debtor owes money or property) anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. Name and Address Where Notice Should be Sent.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. |
|---|---|

| Account or other number by<br>which creditor identifies debtor: ___315351-16___ | Check here if this claim ☐ replaces<br>☐ amends >a previously filed claim, dated: |
|---|---|

**1. BASIS FOR CLAIM**

| | | | |
|---|---|---|---|
| ☐ | Goods sold | ☐ | Retiree benefits as defined in 11 U.S.C. §1114 (a) |
| ☐ | Services performed | ☐ | Wages, salaries and compensation (Fill out below) |
| xx | Money loaned | | Your social security number _____ |
| ☐ | Personal injury/wrongful death | | Unpaid compensations for services performed |
| ☐ | Taxes | | from _____ to _____ |
| ☐ | Other (Describe briefly) | | (date)          (date) |

| 2. DATE DEBT WAS INCURRED   12/26/2002 | 3. IF COURT JUDGMENT, DATED OBTAINED: |
|---|---|

**4. CLASSIFICATION OF CLAIM.** Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured nonpriority, (2) Unsecured Priority. (3) Secured. It is possible for part of a claim to be in one category and part in another.

CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM.

| **XX SECURED CLAIM $ __5,803.10__**<br>Attach evidence of perfection of security interest<br>Brief Description of Collateral:<br><br>■ Real Estate   ■ Motor Vehicle   ☐ Other (Describe briefly)<br><br>See Exhibit "A"<br><br>Amount of arrearage and other charges included in secured claim above if any $_____<br><br>☐ UNSECURED NONPRIORITY CLAIM $_____<br>A claim is unsecured if there is no collateral of lien on property of the property is less than the amount of the claim. | ☐ UNSECURED PROPERTY CLAIM $_____<br>Specify the priority of the claim.<br><br>☐ Wages salaries or commissions (up to $2,000) earned not more that 90 days before filing of the bankruptcy petition or cessation of the debtor's business (which ever is earlier)-11 U S C. §507 (a) (3)<br><br>☐ Contributions to an employee benefit plan 11 U.S.C. §507 (a) (4)<br><br>☐ Up to $900 of deposits toward purchase, lease, or rental property or services for persona, family, or household use - 11 U.S.C § 507 (a) (6)<br><br>☐ Taxes or penalties of governmental units - 11 U.S.C. § (a) (7)<br><br>☐ Other - 11 U.S.C. §§ 507 (a) 2, (a) (5) – (Described briefly)<br>§§ 507 (a) 2, (a) (5) – (Described briefly) |
|---|---|

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**

| $_____ | $ _5,80310_ | $_____ | $ __5,803.10__ |
|---|---|---|---|
| (Unsecured) | (Secured) | (Priority) | (TOTAL) |

☐ Check box if claim includes prepetition charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

6.   **CREDITS AND SETOFFS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all accounts that claimant owes to debtor.

7.   **SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous attach a summary.

8.   **TIME STAMPED COPY:** To receive an acknowledgment of your claim, enclose a stamped, self-addressed envelope and a copy of this proof of claim.

| DATE: Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) |
|---|
| _[signature]_    9-20-01          WILLIAM C. ELLIOTT, Attorney at Law |

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years or both, 18 U.S.C. § 152 and 3571.
**Note: SEND ALL DISBURSEMENTS TO CREDITOR.**

EXHIBIT "A"

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| TOMMY LEE HENRY, JR., | * | CASE NO. 04-11427-WRS |
| LETITA J. HENRY, | * | |
| | * | |
| Debtors. | * | CHAPTER 13 |

---

PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.

---

**DEBTORS' OBJECTION TO CLAIM #0005 OF FIVE STAR CREDIT UNION**

COMES NOW the Debtors, by and through the undersigned, and object to claim #0005 of Five Star Credit Union filed as secured and as grounds thereof shows unto the Court as follows:

1.  Five Star Credit Union filed claim #0005 as secured alleging that it had a secured interest in certain property that said creditor used as collateral on other loans.

2.  The Debtor asserts that there is no value for claim #0005 to attach. In other words, there is no value to the collateral listed by Five Star Credit Union for claim #0005 to attach because said value was used in Five Star Credit Union's other claim.

3.  As a result, the Debtors assert that claim #0005 of Five Star Credit Union should be allowed in the amount filed but treated as a general unsecured claim.

RESPECTFULLY SUBMITTED this 27th day of September, 2005.

> BROCK & STOUT
>
> /s/ Michael D. Brock
> Michael D. Brock {BRO152}
> Attorney for Debtors
> Post Office Drawer 311167
> Enterprise, Alabama 36331-1167
> (334) 393-4357
> (334) 393-0026 FAX
> brockstoutsherling@entercomp.com

EXHIBIT "B"

## CERTIFICATE OF SERVICE

  I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing upon the Bankruptcy Administrator, Curtis C. Reding, Chapter 13 Trustee, William C. Elliott, Attorney for Five Star Credit Union, P.O. Box 242236, Montgomery, AL 36124 by first class U.S. Mail, postage prepaid, or by electronic noticing in accordance with the local rules of the Bankruptcy Court this 27th day of September, 2005.

/s/ Michael D. Brock
Michael D. Brock {BRO152}
Attorney for Debtors

**Rule 3007-1   Objection to Claims**

(a) Objections to claims shall state with particularity their grounds and the relief sought.

(b) If the objection goes to the substance of the underlying indebtedness, and is not a matter of form or procedure, the objection shall be supported by a declaration or affidavit setting forth the factual basis for the objection. If the objecting party is unable to secure such a declaration or affidavit, it shall explain why and provide a statement, based upon information and belief, as to the factual basis of the objection.

(c) Objections to claims shall contain on the first page, a negative notice legend which is substantially in the following form:

> **PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF THE DATE OF SERVICE OF THIS OBJECTION.**

(d) Objections to claims which fail to comply substantially with this rule are subject to being overruled, without prejudice, without further notice or hearing.

EXHIBIT "C"

## UNITED STATES BANKRUPTCY COURT

### Middle District of Alabama

---

In re:                                          Case No.: 04–11427
**Tommy Lee Henry and Letita J. Henry**          Chapter: 13
    Debtors

---

### ORDER SUSTAINING OBJECTION TO CLAIM

An objection was filed to the claim of *Five Star Credit Union (Claim #5)* . Either a response consenting to the objection was filed or no response has been filed within 30 days of the filing of the objection. Pursuant to LBR 3007–1, it is

**ORDERED** that the objection is **SUSTAINED** and the requested disposition allowed.

Dated:  10/28/05

                                                William R. Sawyer
                                    United States Bankruptcy Judge

EXHIBIT "D"

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE:                                    )
                                          )
TOMMY LEE HENRY                           )        CHAPTER 13
                                          )
LETITA J. HENRY                           )        CASE NO. 04-11427
                                          )
        Debtor(s).                        )

## MOTION TO ALTER, AMEND, OR VACATE

**COMES NOW,** Five Star Credit Union, secured creditor in the above referenced

matter, and hereby files its Motion to Alter, Amend, or Vacate the Order Sustaining

Objection to Claim.  As grounds thereof, the moveant states as follows:

(1)    Five Star Credit Union does want to file a Response to the Objection to

       Claim, and is filing one contemporaneous with this Motion.

(2)    The negative notice is paramount to an Entry of Default Judgment and this

       Motion is timely filed pursuant to the bankruptcy rules.

(3)    No prejudice will befall the debtor in this case at bar by this court setting

       aside its Order dated October 28, 2005 indicating that no response was

       filed to the Objection within the thirty (30) day time period.

**WHEREFORE,** based upon the above, the Creditor respectfully moves the

Honorable Court to set aside its Order sustaining the Objection to Claim and set the

Objection to Claim for Hearing.

**RESPECTFULLY SUBMITTED THIS** __/__ **DAY OF** _____, 2005.


                                    _____
                                    **WILLIAM C. ELLIOTT    (ELL022)**
                                    P.O. Box 242236
                                    Montgomery, AL 36124-2236
                                    334/356-5662
                                    334/356-5672 facsimile

EXHIBIT "E"

## CERTIFICATE OF SERVICE

I do hereby certify that I have served a copy of the foregoing by placing a copy of same in the United States Mail, postage prepaid on this ___1___ day of _____, 2005.


WILLIAM C. ELLIOTT


Michael Brock, esq.
P.O. Drawer 311167
Enterprise, AL 36331-4357


Curtis C. Reding
Trustee
P.O. Box 173
Montgomery, AL 36101


Five Star Credit Union
Creditor
P.O. Box 2028
Dothan, AL 36302

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

IN RE:                                         )
                                               )
TOMMY LEE HENRY                                )        CHAPTER 13
                                               )
LETITA J. HENRY                                )        CASE NO. 04-11427
                                               )
    Debtor(s).                             )

## RESPONSE TO OBJECTION TO CLAIM

**COMES NOW,** Five Star Credit Union, a secured creditor in the above referenced matter, and hereby responds to the Objection to Claim filed by the debtor, Tommy Lee Henry and Letita J. Henry as files:

(1)    The debtor has objected to Claim No. 5 of Five Star Credit Union alleging that there is no value for the secured claim to attach.

(2)    Five Star Credit Union states that the debtor is attempting to lien strip a Mortgage by filing an Objection to Claim as opposed to filing an Adversary Proceeding as required by the rules.

(3)    Five Star Credit Union states that there are not sufficient facts stated within the debtor's objection to claim No. 5 of Five Star Credit Union to allow the court to enter an Order allowing Five Star Credit Union's claim to be "lien stripped".

(4)    The debtor's filed an Amended Plan attempting to modify Five Star Credit Union's debt and the value of said collateral.

**WHEREFORE,** based upon the above, the creditor requests the Honorable Court to deny the Objection to Claim, and require the debtor to file a proper adversary proceeding in order to lien strip a properly perfected claim secured by a mortgage on real property.

EXHIBIT "F"

RESPECTFULLY SUBMITTED THIS ____ DAY OF _____, 2005.


_____
**WILLIAM C. ELLIOTT    (ELL022)**
P.O. Box 242236
Montgomery, AL 36124-2236
334/356-5662
334/356-5672 facsimile


## CERTIFICATE OF SERVICE

    I do hereby certify that I have served a copy of the foregoing by placing a copy of same in the United States Mail, postage prepaid on this ____ day of _____, 2005.


_____
WILLIAM C. ELLIOTT


Michael Brock, esq.
P.O. Drawer 311167
Enterprise, AL 36331-4357


Curtis C. Reding
Trustee
P.O. Box 173
Montgomery, AL 36101


Five Star Credit Union
Creditor
P.O. Box 2028
Dothan, AL 36302

## UNITED STATES BANKRUPTCY COURT

### Middle District of Alabama

In re:                                                    Case No.: 04−11427
**Tommy Lee Henry and Letita J. Henry**                  Chapter: 13
    Debtors

## NOTICE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, Federal Courthouse, Dothan, AL

on 11/30/05 at 10:00 AM

to consider and act upon the following:

*40* − Debtor's Objection to Claim #0005 of Five Star Credit Union Filed by Michael−AG D. Brock on behalf of Letita J. Henry, Tommy Lee Henry Jr.. Responses due by 10/27/2005. (Brock, Michael−AG)

*46* − Order Sustaining Objection to Claim (Order Reclassifies Claim #5 of Five Star Credit Union) Entered On 10/28/2005 (RE: related document(s)[40] Objection to Claim filed by Debtor Tommy Lee Henry, Joint Debtor Letita J. Henry). (JC, )

*48* − Response to Objection to Claim Filed by William C. Elliott on behalf of Five Star Credit Union (RE: related document(s)[40] Objection to Claim filed by Debtor Tommy Lee Henry, Joint Debtor Letita J. Henry). (Elliott, William)

*49* − Motion to Alter or Amend or Vacate Filed by William C. Elliott on behalf of Five Star Credit Union (RE: related document(s)[46] Order on Objection to Claim). (Elliott, William)

Dated:  11/2/05

Richard S. Oda
Clerk, U.S. Bankruptcy Court

EXHIBIT "G"

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

IN RE:                                              )
                                                    )
TOMMY LEE HENRY                                     )        CHAPTER 13
                                                    )
LETITA J. HENRY                                     )        CASE NO. 04-11427
                                                    )
        Debtor(s).                                  )

## MOTION TO CONTINUE

The Plaintiff, Five Star Credit Union, by and through the undersigned counsel, moves for a continuance of the hearing scheduled on November 30, 2001 at 10:00 a.m. Reason for continuance is as follows:

(1)    Plaintiff will not be able to have a representative available for the hearing at this time due to a previously scheduled Bench Trial in the Circuit Court of Baldwin County, Alabama for the same date and time.

(2)    The plaintiff's attorney, William C. Elliott, moves the Honorable Court to continue the hearing set on the Motion to Alter, Amend or Vacate and the hearing set on the Response to Objection to Claim in the above referenced matter.

**RESPECTFULLY SUBMITTED THIS 29th DAY OF NOVEMBER, 2005.**

/S/ WILLIAM C. ELLIOTT
William C. Elliott          (ELL022)
Attorney for Five Star Credit Union
P.O. Box 242236
Montgomery, AL 36124-2236
Telephone: (334) 356-5662
Facsimile:   (334) 356-5672

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served this **29**th day of

**November, 2005** by regular, postage pre-paid, U.S. Mail.


/S/ WILLIAM C. ELLIOTT
WILLIAM C. ELLIOTT      (ELL022)


Michael S. Brock
Brock & Stout
P.O. Drawer 311167
Enterprise, AL 36331

Curtis C. Reding
P.O. Box 173
Montgomery, AL 36101

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                            Case No. 04-11427-WRS
                                                 Chapter 13
TOMMY LEE HENRY
LETITA J. HENRY,

        Debtors

## ORDER DENYING MOTION TO ALTER OR AMEND

For the reasons set forth on the record on November 30, 2005, on the motion to alter or amend filed by Five Star Credit Union (Doc. 49), it is

ORDERED that he motion to alter or amend is DENIED.

Done this $^{8th}$ day of December, 2005.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Michael D. Brock, Attorney for Debtors
   William C. Elliott, Attorney for Five Star
   Curtis C. Reding, Trustee

Orders.30

EXHIBIT "I"

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re

TOMMY LEE HENRY
LETITA J. HENRY,

        Debtors

Case No. 04-11427-WRS
Chapter 13

### ORDER DENYING MOTION TO CONTINUE HEARING

For the reasons set forth on the record on November 30, 2005, on the Five Star

Credit Union motion to continue the hearing on the objection to claim (Doc. 55), it is

ORDERED that the motion is DENIED.

Done this 8th day of December, 2005.

/s/ William R. Sawyer
United States Bankruptcy Judge

c: Michael D. Brock, Attorney for Debtors
   William C. Elliott, Attorney for Five Star Credit Union
   Curtis C. Reding, Trustee

Orders.30

EXHIBIT "J"